JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN MARTIN MEZA,<br>    Petitioner,<br> v.<br>MARCUS POLLARD, Warden,<br>    Respondent. | Case No. 2:21-CV-04189 FMO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 25, 2021

            _____/s/_____
            FERNANDO M. OLGUIN
            UNITED STATES DISTRICT JUDGE